NEW-YORK,
May, 1822.

SCOFIELD
v.
DAY.

---

SCOFIELD and TAYLOR *against* DAY and GELSTON.

Where a promissory note was drawn at *Montreal*, in the *British* province of *Lower Canada*, payable to parties residing in *England*, " with interest until paid in *England*;" Held, that the plaintiffs, on a judgment obtained in this Court, against the makers, are entitled to interest only up to the time of the judgment; and 'that according to the legal rate of interest in *England*. They are not entitled to any allowance for the current rate of exchange on *England*, at the time of the judgment, in addition to the English interest; nor to any other allowance on account of the difference of exchange.

THIS was an action of *assumpsit* on a promissory note, made by the defendants, at *Montreal*, in *Lower Canada*, payable to the plaintiffs, (who resided in *England*,) or to their order, " with interest until paid in *England*."

The questions raised for the consideration of the Court were, 1. Whether the plaintiffs were entitled to *interest*, according to the legal rate of interest in *Lower Canada*, which is six per cent., or according to the legal rate of interest in *England*, which is five per cent.?

2. Whether the plaintiffs were entitled to interest up to the time when, in the ordinary course of business, the money could be remitted and paid to them in *England*, or only up to the time of judgment?

3. Whether the plaintiffs were entitled to be allowed the *current rate of exchange* on *England*, at the time of the judgment, in addition to the interest?

*Hubbell*, for the plaintiffs.

*Penfield*, for the defendants.

*Per Curiam.* The plaintiffs are entitled to *English* interest, and not to the rate of interest in *Lower Canada.* And the interest is to be calculated up to the time of the judgment; not to the time when the money might, in the ordinary course of business, be remitted to *England*. The plaintiffs are not entitled to any allowance on account of the difference of exchange with *England*.

Judgment accordingly.